# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHILIP GIANFREDI, ET AL., | Civil Action No. 08-5413 (PGS) |
| Plaintiffs, | |
| v. | **ORDER** |
| HILTON INTERNATIONAL OF PUERTO RICO, INC., ET AL., | |
| Defendants. | |

This matter comes before the Court on oral argument on Defendants' motion to dismiss, filed January 16, 2009. Good cause having been shown, for the reasons set forth on the record, it is hereby

ORDERED that Defendants' motion to dismiss (Docket Entry No. 27) is denied; and it is further;

ORDERED that discovery limited to jurisdictional issues of the parties shall go forward pursuant to the following schedule:

(i) Plaintiff shall propound Interrogatories to Defendants on or before April 10, 2009;

(ii) Defendants shall answer Plaintiff's Interrogatories on or before May 20, 2009;

(iii) Plaintiff and Defendants shall take depositions on or before June 22, 2009;

(iv) Plaintiff shall respond to Defendants' motion to dismiss on or before July 22, 2009;

(v) Defendants shall reply regarding their motion to dismiss on or before August 3, 2009.

4/3/09

_____
PETER G. SHERIDAN, U.S.D.J.