**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

June 12, 2009

## LETTER ORDER

Re:   **Philip Gianfredi, et al. v. Hilton International of Puerto Rico, et al.**
      **Civil Action No. 08-5413 (PGS)**

Dear Counsel:

Please be advised that a telephone status conference has been Scheduled for **June 18, 2009 at 11:30 a.m.**  Counsel for the Plaintiff is to initiate the call. Should you have any questions please call (973) 297-4887.

   **SO ORDERED.**


                                                            *s/Esther Salas*
                                                            **Esther Salas, U.S.M.J**

cc:   Clerk
      Hon. Peter G. Sheridan, U.S.D.J.
      File