UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PHILIP GIANFREDI, <br><br> Plaintiff, <br><br> v. <br><br> HILTON HOTELS CORP., INC. d/b/a CARIBE HOTEL SAN JUAN, et al., <br><br> Defendants. | Civil Action No. 08-5413 (PGS) <br><br> ORDER |

A Report and Recommendation was filed on April 5, 2010 recommending that this Court grant Defendant Hilton Hotels Corporation ("HHC") and Hilton International of Puerto Rico, Inc. d/b/a Caribe Hilton San Juan's (HIPR")'s Amended Motion to Dismiss or Alternatively, Motion to Transfer.  The parties were given notice that they had until April 19, 2010 to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2).  No objections having been received, and the Court having reviewed the Report and Recommendation <u>de novo</u>, and good cause appearing;

It is, on this 23nd day of April, 2010,

**ORDERED** that the Report and Recommendation of Magistrate Judge Esther Salas at docket entry 53 is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that Defendant HIPR's Amended Motion to Dismiss for lack of personal jurisdiction is granted; and it is further

**ORDERED** that Defendant HHC's motion to dismiss for failure to state a claim be granted.  The case is closed.

_____
PETER G. SHERIDAN, U.S.D.J.